In the Matter of JOSEPH F. MAFERA, Respondent, against JAMES PASTA, as Commissioner of Parks of the Borough of Queens, Appellant.

(Argued October 4, 1934; decided October 23, 1934.)

*Paul Windels, Corporation Counsel (Paxton Blair, Edmund L. Palmieri* and *Henry J. Shields* of counsel), for appellant.

*Austin B. Mandel* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.